## Case Docket Entries

CC-04-2026-C-9

| Court: | **Circuit** | County: | **04 - Braxton** | Created Date: | **3/4/2026** | Security Level: **Public** |
|---|---|---|---|---|---|---|
| Judge: | **Michael Asbury** | Case Type: **Civil** | | Case Sub-Type: **Contract** | | Status: **Open** |

Related Cases:

Style: **Sutton Property Rentals LLC v. State Farm Fire and Casualty Company**

---

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 3/4/2026 1:32:01 PM | E-Filed | | Complaint |
| | 1-1  3/4/2026 | Civil Case Information Statement | | |
| | 1-2  3/4/2026 | Complaint - Complaint | | |
| | 1-3  3/4/2026 | Transmittal | | |
| | 1-4  3/4/2026 | Summons | | |
| 2 | 3/4/2026 1:32:01 PM | Judge Assigned | J-08001 | Michael Asbury |
| 3 | 3/4/2026 1:32:01 PM | Party Added | P-001 | Sutton Property Rentals LLC |
| 4 | 3/4/2026 1:32:01 PM | Party Added | D-001 | State Farm Fire and Casualty Company |
| 5 | 3/4/2026 1:32:01 PM | Attorney Listed | P-001 | A-2929 - John J. Polak |
| 6 | 3/4/2026 1:32:01 PM | Service Requested | D-001 | Filer - Secretary of State |
| 7 | 3/13/2026 10:23:53 AM | E-Docketed | | Supporting Documents - Summons Returned showing served on State Farm Fire and Casualty Co Acceptance of Service by WV Secretary of State |
| | 7-1  3/13/2026 | Service Return - Summons Returned showing served on State Farm Fire and Casualty Co Acceptance of Service by WV Secretary of State | | |
| | 7-2  3/13/2026 | Transmittal | | |

STATE OF WEST VIRGINIA
COUNTY OF BRAXTON, to-wit:
I, Susan Lemon, Circuit Clerk, do hereby certify that the foregoing is a
true and accurate copy of an Order of record in my office in _____
Order Book No. _____ at page_____, as taken from the records.
Given Under My Hand this 17 day of March , 2026

CIRCUIT CLERK

| User ID: | **JacquelineT.Rollyson** | Page 1 of 1 | Date/Time: **3/16/26 12:12 PM** |
|---|---|---|---|