# COVER SHEET

E-FILED | 3/4/2026 1:32 PM
CC-04-2026-C-9
Braxton County Circuit Clerk
Susan Lemon

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF BRAXTON COUNTY WEST VIRGINIA

**Sutton Property Rentals LLC v. State Farm Fire and Casualty Company**

**First Plaintiff:**  ☑ Business ☐ Individual ☐ Government ☐ Other

**First Defendant:**  ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:**  Michael Asbury

## COMPLAINT INFORMATION

**Case Type:** Civil    **Complaint Type:** Contract

**Origin:** ☑ Initial Filing  ☐ Appeal from Municipal Court  ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No    **Case will be ready for trial by:** 3/31/2027

**Mediation Requested:** ☑ Yes ☐ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

   ☐ Wheelchair accessible hearing room and other facilities

   ☐ Interpreter or other auxiliary aid for the hearing impaired

   ☐ Reader or other auxiliary aid for the visually impaired

   ☐ Spokesperson or other auxiliary aid for the speech impaired

   ☐ Other:

☐ I am proceeding without an attorney

☑ I have an attorney:  John Polak, 2306 KANAWHA BLVD E , CHARLESTON, WV 25311

## SERVED PARTIES

**Name:**          State Farm Fire and Casualty Company

**Address:**       c/o Corporation Services Company 808 Greenbrier Street, Charleston WV 25311

**Days to Answer:** 30                    **Type of Service:**  Filer - Secretary of State

E-FILED | 3/4/2026 1:32 PM
CC-04-2026-C-9
Braxton County Circuit Clerk
Susan Lemon

IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA

SUTTON PROPERTY RENTALS LLC,

        Plaintiff,

v.                                        CIVIL ACTION NO.:

STATE FARM FIRE AND
CASUALTY COMPANY,

        Defendant.

## COMPLAINT

1.      Plaintiff Sutton Property Rentals LLC is a limited liability company organized and existing under the laws of the State of West Virginia with its principal place of business in Sutton, Braxton County, West Virginia.  Arthur Tevis and Elissa Tevis are the members of Sutton Property Rentals LLC.

2.      Defendant State Farm Fire and Casualty Company ("State Farm") is a foreign corporation authorized to transact the business of insurance in the State of West Virginia.

3.      Plaintiff is the lessor of a dwelling located at 402 Main Street in Sutton, Braxton County, West Virginia ('the dwelling").

4.      The dwelling was insured under a Rental Dwelling Policy issued to the plaintiff by State Farm ("the Policy").  At all times relevant to this action, plaintiff paid the premiums to State Farm to keep the Policy in full force and effect.

5.      The Policy provided for Dwelling Coverage under Coverage A with a limit of $373,100.

6.      The Policy provided that State Farm would pay for accidental direct physical loss to the dwelling unless such loss was otherwise excluded under the terms of the Policy.

7.      On May 26, 2024, a wind storm occurred in the vicinity of the dwelling which substantially damaged the roof of the dwelling and which subsequently caused damage to the interior of the dwelling.

8.      The damage to the dwelling was reported to State Farm.  As a result of the report, State Farm opened a claim which was assigned the Claim Number 48-73X7-68G ("the Claim").

9.      In communications to plaintiff about the Claim, State Farm erroneously listed the date of loss as August 23, 2024, even though the actual weather event that caused the damage to the dwelling took place on May 26, 2024.

10.      By letter dated November 13, 2024, State Farm informed the plaintiff that the Claim "has not been concluded" because the insurer was "waiting on roof estimate to be able to reconcile with State Farm estimate."

11.      By letter dated January 31, 2025, State Farm informed the plaintiff that the Claim "has not been concluded" because the insurer was "waiting on estimates from contractor and measurements."

12.      By letter dated April 9, 2025, State Farm informed the plaintiff for the first time that: "It is questionable whether there has been a loss caused by a peril insured against."

13.    By letter dated May 19, 2025, State Farm denied the Claim.  The May 19, 2025 letter indicated that any damage to the dwelling must be the result of "accidental direct physical loss (ADPL), that occurred as a one time event on the date of loss, such as a wind loss," in order to be covered under the Policy.  The letter stated that State Farm had concluded that any damage to the dwelling "appear[ed] to be long term damage, including rot and deterioration."

14.    On November 5, 2025, plaintiff responded to State Farm's May 19, 2025 denial of the Claim.  Plaintiff informed State Farm that, although the insurer listed the date of loss as August 23, 2024, the actual weather event that caused the damage to the dwelling took place on May 26, 2024.

15.    Plaintiff also provided State Farm with a letter from Trigon Unlimited which indicated that a "sudden and violent wind gust lifted the eaves and damaged the corner of the roof."  Based on a personal inspection of the property, Trigon had concluded that "the interior damage was caused by and is consistent with the weather-related damage to the roof and not long-term wear and tear."

16.    Plaintiff also provided State Farm with a screen shot of the weather report for Sutton, West Virginia for May 26, 2024, the date in question.  The weather report indicated that the National Weather Service had reported a severe thunderstorm in the Sutton area with hazards including 70 mph wind gusts.  This was the storm which caused the damage to the roof of the dwelling.

17.    Because the damage to the dwelling was in fact the result of an "accidental direct physical loss" caused by a one-time event, plaintiff requested that State Farm reconsider its May 19, 2025 decision and find that the loss was covered under the Policy.

Plaintiff further requested that State Farm pay the loss under Coverage A consistent with the multiple estimates of the costs to repair the damage to the dwelling that had previously been provided to State Farm.

18.    Plaintiff's November 5, 2025 communication asked that State Farm respond to the plaintiff's request within fifteen working days.

19.    State Farm failed and refused to respond to the plaintiff's request to reconsider its May 19, 2025 denial of the Claim.

20.    Defendant State Farm's refusal to pay the Claim to the plaintiff under the Policy was arbitrary and capricious, was unsupported in fact or in law, and constituted a breach of the contract of insurance between the plaintiff and State Farm.

21.    Defendant's handling of plaintiff's claim under the Policy was in accordance with the company policy of State Farm.

## COUNT ONE

## BREACH OF CONTRACT

22.    Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 through 21 of this Complaint.

23.    By the conduct set forth above, defendant State Farm has breached its contract of insurance with plaintiff who was an "insured" as defined by the Policy.

24.    As a direct and proximate result of the breach, plaintiff has suffered substantial damages, including loss of the applicable proceeds of the Policy, economic loss resulting from dealing with defendant's breach of contract, aggravation, annoyance and inconvenience, consequential and incidental damages and other damages.

**WHEREFORE,** plaintiff demands judgment against defendant State Farm as follows:

a.       Compensatory damages in an amount to be determined by a jury, including, but not limited to, all damages recognized under Hayseeds v. State Farm Fire & Cas., 177 W. Va. 323, 352 S.E.2d 73 (1986), and its progeny;

b.       Prejudgment interest as provided by law from the date this cause of action accrued;

c.       Its costs and attorney fees expounded in the prosecution of this case; and

d.       Such other and further relief as may be just and proper.

<u>COUNT TWO</u>

<u>BREACH OF THE IMPLIED COVENANT OF GOOD FAITH<br>AND FAIR DEALING/BAD FAITH</u>

25.       Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 to 24 of this Complaint;

26.       Plaintiff is a first party claimant under the insurance contract between State Farm and its insured.

27.       The actions and inactions of the defendant as set forth hereinabove constitute a breach of the implied covenant of good faith and fair dealing inherent in every contract of insurance.

28.       The actions and inactions of the defendant as asserted herein were in bad faith, were done with actual malice and were willful, wanton, malicious and in reckless disregard of plaintiff's rights and defendant's own obligations and duties under the law.

29.       As a direct and proximate result of the defendant's conduct, plaintiff has suffered substantial damages, including loss of the applicable proceeds of the Policy,

economic loss resulting from dealing with defendant's conduct, aggravation, annoyance and inconvenience, consequential and incidental damages and other damages.

**WHEREFORE,** plaintiff demands judgment against defendant State Farm as follows:

a.     Compensatory damages in an amount to be determined by a jury;

b.     Punitive damages in an amount to be determined by a jury;

c.     Prejudgment interest as provided by law from the date this cause of action accrued;

d.     Its costs and attorney fees expended in the prosecution of this case; and

e.     Such other and further relief as may be just and proper.

**COUNT THREE**

**UNFAIR CLAIMS SETTLEMENT PRACTICES**

30.     Plaintiff realleges and incorporates by reference the allegations of paragraphs 1 to 29 of this Complaint.

31.     The actions and inactions of defendant State Farm asserted herein constitute one or more violations of the Unfair Claims Settlement Practices Act under W. Va. Code § 33-11-4(9).

32.     The unfair claims settlement practices asserted herein are a general business practice of State Farm.

33.     The actions and inactions of the defendant as asserted herein were done with actual malice and were willful, wanton, malicious and in reckless disregard of plaintiff's rights and defendant's own obligations and duties under the law.

34.    As a direct and proximate result of the defendant's conduct, plaintiff has suffered substantial damages, including loss of the applicable proceeds of the Policy, economic loss resulting from dealing with defendant's conduct, aggravation, annoyance and inconvenience, consequential and incidental damages and other damages.

**WHEREFORE,** plaintiff demands judgment against the defendant State Farm as follows:

a.    Compensatory damages in an amount to be determined by a jury;

b.    Punitive damages in an amount to be determined by a jury;

c.    Prejudgment interest as provided by law from the date this cause of action accrued;

d.    Its costs and attorney fees expended in the prosecution of this case; and

e.    Such other and further relief as may be just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

SUTTON PROPERTY RENTALS LLC,
By Counsel

/s/ *John J. Polak*
John J. Polak (WVSB No. 2929)
ATKINSON & FRAMPTON, PLLC
2306 Kanawha Boulevard East
Charleston, WV  25311
(304) 346-5100
jjpolak@amplaw.com

# Case Docket Entries

CC-04-2026-C-9

| Court: | **Circuit** | County: | **04 - Braxton** | Created Date: | **3/4/2026** | Security Level: **Public** |
|---|---|---|---|---|---|---|
| Judge: | **Michael Asbury** | Case Type: **Civil** | | Case Sub-Type: **Contract** | | Status: **Open** |

Related Cases:

Style:    **Sutton Property Rentals LLC v. State Farm Fire and Casualty Company**

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 3/4/2026 1:32:01 PM | E-Filed | | Complaint |
| | 1-1  3/4/2026 | Civil Case Information Statement | | |
| | 1-2  3/4/2026 | Complaint - Complaint | | |
| | 1-3  3/4/2026 | Transmittal | | |
| | 1-4  3/4/2026 | Summons | | |
| 2 | 3/4/2026 1:32:01 PM | Judge Assigned | J-08001 | Michael Asbury |
| 3 | 3/4/2026 1:32:01 PM | Party Added | P-001 | Sutton Property Rentals LLC |
| 4 | 3/4/2026 1:32:01 PM | Party Added | D-001 | State Farm Fire and Casualty Company |
| 5 | 3/4/2026 1:32:01 PM | Attorney Listed | P-001 | A-2929 - John J. Polak |
| 6 | 3/4/2026 1:32:01 PM | Service Requested | D-001 | Filer - Secretary of State |
| 7 | 3/13/2026 10:23:53 AM | E-Docketed | | Supporting Documents - Summons Returned showing served on State Farm Fire and Casualty Co Acceptance of Service by WV Secretary of State |
| | 7-1  3/13/2026 | | | Service Return - Summons Returned showing served on State Farm Fire and Casualty Co Acceptance of Service by WV Secretary of State |
| | 7-2  3/13/2026 | | | Transmittal |



West Virginia E-Filing Notice

CC-04-2026-C-9

Judge: Michael Asbury

**To:**  John Polak
jjpolak@amplaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA
Sutton Property Rentals LLC v. State Farm Fire and Casualty Company
CC-04-2026-C-9

The following complaintwas FILED on 3/4/2026 1:32:01 PM

Notice Date:       3/4/2026 1:32:01 PM

Susan Lemon
CLERK OF THE CIRCUIT COURT
Braxton County
300 Main St Room 101
SUTTON, WV 26601

(304) 765-2837
susan.lemon@courtswv.gov



West Virginia E-Filing Notice

CC-04-2026-C-9

Judge: Michael Asbury

**To:** State Farm Fire and Casualty Company
c/o Corporation Services Company
808 Greenbrier Street
Charleston, WV 25311

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA
Sutton Property Rentals LLC v. State Farm Fire and Casualty Company
CC-04-2026-C-9

The following complaintwas FILED on 3/4/2026 1:32:01 PM

Notice Date:      3/4/2026 1:32:01 PM

Susan Lemon
CLERK OF THE CIRCUIT COURT
Braxton County
300 Main St Room 101
SUTTON, WV 26601

(304) 765-2837
susan.lemon@courtswv.gov



West Virginia E-Filing Notice

CC-04-2026-C-9

Judge: Michael Asbury

**To:**   John J. Polak
jjpolak@amplaw.com

---

# NOTICE OF FILING

---

IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA

Sutton Property Rentals LLC v. State Farm Fire and Casualty Company

CC-04-2026-C-9

The following supporting documents was FILED on 3/13/2026 10:23:51 AM

Notice Date:       3/13/2026 10:23:51 AM

Susan Lemon

CLERK OF THE CIRCUIT COURT

Braxton County

300 Main St Room 101

SUTTON, WV 26601

(304) 765-2837

susan.lemon@courtswv.gov

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305

**Kris Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

BRAXTON COUNTY COMMISSION
300 MAIN STREET
ROOM 101
Sutton, WV 26601-1313

**Control Number:** 355731

**Defendant:** STATE FARM FIRE AND CASUALTY
COMPANY
808 GREENBRIER STREET
Charleston, WV 25311 US

**Agent:** Corporation Service Company

**County:** Braxton

**Civil Action:** CC-04-2026-C-9

**Certified Number:** 92148901125134100004791365

**Service Date:** 3/6/2026

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your authorized insurance company.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your authorized insurance company as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Kris Warner
Secretary of State

**SUMMONS**

E-FILED | 3/4/2026 1:32 PM
CC-04-2026-C-9
Braxton County Circuit Clerk
Susan Lemon

## IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA
### Sutton Property Rentals LLC v. State Farm Fire and Casualty Company

Service Type:    Filer - Secretary of State

NOTICE TO:    State Farm Fire and Casualty Company, c/o Corporation Services Company, 808 Greenbrier Street, Charleston, WV 25311
THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

John Polak, 2306 KANAWHA BLVD E, , CHARLESTON, WV 25311

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

3/4/2026 1:32:01 PM                    /s/ Susan Lemon

          Date                                    Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____                    _____
          Date                                    Server's Signature

# SUMMONS

## IN THE CIRCUIT COURT OF BRAXTON COUNTY, WEST VIRGINIA
### Sutton Property Rentals LLC v. State Farm Fire and Casualty Company

Service Type:    Filer - Secretary of State

NOTICE TO:    State Farm Fire and Casualty Company, c/o Corporation Services Company, 808 Greenbrier Street, Charleston, WV 25311

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

John Polak, 2306 KANAWHA BLVD E, , CHARLESTON, WV 25311

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

3/4/2026 1:32:01 PM
Date

/s/ Susan Lemon
Clerk

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint t _____

_____

☐ I certify that I personally delivered a copy of the Summons and Complaint to the individual's dwelling or usual place of abode to _____ , someone who is eighteen (18) years of age or above and resides there.

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ , an agent or attorney-in-fact authorized by appointment or statute to receive service of process for the individual.

☐ I have reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ I have not reviewed documentation authorizing the above-named person to accept service on behalf of the individual named on the summons.

☐ Not Found in Bailiwick

_____
Date

_____
Server's Signature